■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DYLAN FOX, Appellant. [18 NYS3d 908]—Appeal from a judgment of the Wyoming County Court (Mark H. Dadd, J.), rendered December 23, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree and driving while ability impaired by drugs, as a misdemeanor.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on September 9, 2015 and by the attorneys for the parties on September 9 and 21, 2015,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Smith, J.P., Peradotto, Lindley, Valentino and DeJoseph, JJ.

■ In the Matter of JAMES E. DONOHUE, Appellant, v TANYA M. DONOHUE, Respondent. [18 NYS3d 907]—Appeal from an order of the Family Court, Livingston County (Robert B. Wiggins, J.), entered March 14, 2014 in a proceeding pursuant to Family Court Act article 6. The order, among other things, denied in part the petition to modify a prior order.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Lindley, Valentino and DeJoseph, JJ.

■ CAPITAL ONE NA, Respondent, v DAVID COLUCCI, Appellant. [18 NYS3d 907]—Appeal from an order of the Supreme Court, Niagara County (Frank Caruso, J.), entered October 8, 2013. The order, among other things, denied defendant's motion to vacate a default judgment.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 23, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Lindley, Valentino and DeJoseph, JJ.